UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 17-32793 |
| | § | |
| WEBSTER RESTAURANTS, LTD. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Eva Engelhart, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $10.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $389,277.51 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $250,722.49 | | |

3) Total gross receipts of $640,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $640,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $3,828,577.56 | $358,995.56 | $358,995.56 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $250,722.49 | $250,722.49 | $250,722.49 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $1,554.71 | $1,554.71 | $1,554.71 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $100,411.18 | $60,172.23 | $28,727.24 |
| **Total Disbursements** | $0.00 | $4,181,265.94 | $671,444.99 | $640,000.00 |

4). This case was originally filed under chapter 11 on 05/01/2017. The case was converted to one under Chapter 7 on 11/18/2019. The case was pending for 21 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/03/2021      By: /s/ Eva Engelhart
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Improvements-20237 Gulf Fwy, Webster Owner | 1110-000 | $428,000.00 |
| Premises Lease with Webster Etc, L.L.C. | 1222-000 | $212,000.00 |
| **TOTAL GROSS RECEIPTS** | | $640,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Harris County et al. | 4110-000 | $0.00 | $37,886.65 | $0.00 | $0.00 |
| 3 | Clear Creek Independent School District | 4110-000 | $0.00 | $60,285.73 | $0.00 | $0.00 |
| 5 | Webster Finance, LLC (D. Guggenheim) | 4110-000 | $0.00 | $451,903.85 | $0.00 | $0.00 |
| 7 | Royal American Services, Inc. | 4110-000 | $0.00 | $35,000.00 | $0.00 | $0.00 |
| 8 | Gibraltar Finance & Mortgage, Inc. (D. Felt) | 4110-000 | $0.00 | $1,950,000.00 | $0.00 | $0.00 |
| 9 | Webster Finance, LLC (D. Guggenheim) | 4110-000 | $0.00 | $663,465.00 | $0.00 | $0.00 |
| 10 | Webster Finance, LLC (D. Guggenheim) | 4110-000 | $0.00 | $271,040.77 | $0.00 | $0.00 |
| | Harris County Taxing Authority | 4700-000 | $0.00 | $307,759.56 | $307,759.56 | $307,759.56 |
| | Royal American Services, Inc. | 4120-000 | $0.00 | $51,236.00 | $51,236.00 | $51,236.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $3,828,577.56 | $358,995.56 | $358,995.56 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Eva Engelhart, Trustee | 2100-000 | NA | $35,250.00 | $35,250.00 | $35,250.00 |
| Eva Engelhart, Trustee | 2200-000 | NA | $452.89 | $452.89 | $452.89 |
| International Sureties, Ltd. | 2300-000 | NA | $67.00 | $67.00 | $67.00 |
| Hope Kobayashi Trust | 2410-000 | NA | $125,387.00 | $125,387.00 | $125,387.00 |
| Independent Bank | 2600-000 | NA | $1,569.77 | $1,569.77 | $1,569.77 |
| Credit to buyer for tax consideration per Order Entered 08-07-20, Doc #178 | 2820-000 | NA | $32,000.00 | $32,000.00 | $32,000.00 |
| Texas Comptroller | 2820-000 | NA | $5,353.00 | $5,353.00 | $5,353.00 |
| U.S. Trustee Payment Center | 2950-000 | NA | $2,600.00 | $2,600.00 | $2,600.00 |
| Ross, Banks, May, Cron & Cavin, PC, Attorney for Trustee | 3110-000 | NA | $25,552.50 | $25,552.50 | $25,552.50 |
| Ross, Banks, May, Cron & Cavin, PC, Attorney for Trustee | 3120-000 | NA | $457.38 | $457.38 | $457.38 |
| William G. West, C.P.A., Accountant for Trustee | 3310-000 | NA | $21,883.50 | $21,883.50 | $21,883.50 |
| William G. West, C.P.A., Accountant for Trustee | 3320-000 | NA | $149.45 | $149.45 | $149.45 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $250,722.49 | $250,722.49 | $250,722.49 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2-3P | Internal Revenue Service | 5800-000 | $0.00 | $1,554.71 | $1,554.71 | $1,554.71 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,554.71 | $1,554.71 | $1,554.71 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2-3U | Internal Revenue Service | 7100-000 | $0.00 | $16,636.41 | $16,636.41 | $7,942.50 |
| 4 | Doyle, Restrepo, Harvin & | 7100-000 | $0.00 | $43,535.82 | $43,535.82 | $20,784.74 |

**UST Form 101-7-TDR (10/1/2010)**

|   | Robbins, L.L.P. |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 6 | Donald W. Guggenheim | 7100-000 | $0.00 | $22,993.76 | $0.00 | $0.00 |
| 11 | Donald W. Guggenheim | 7100-000 | $0.00 | $17,245.19 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $0.00 | $100,411.18 | $60,172.23 | $28,727.24 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 17-32793-H1-7 | Trustee Name: | Eva Engelhart |
|---|---|---|---|
| Case Name: | WEBSTER RESTAURANTS, LTD. | Date Filed (f) or Converted (c): | 11/18/2019 (c) |
| For the Period Ending: | 8/3/2021 | §341(a) Meeting Date: | 12/12/2019 |
| | | Claims Bar Date: | 03/09/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Improvements-20237 Gulf Fwy, Webster Owner | $4,000,000.00 | $2,500,000.00 | | $428,000.00 | FA |
| **Asset Notes:**   Also sold per Order 8/7/20, Doc # 178 | | | | | |
| 2  Land leased to Debtor-20237 Gulf Fwy Possessory lien | Unknown | $489,718.00 | | $0.00 | FA |
| **Asset Notes:**   Also sold per Order 8/7/20, Doc # 178 | | | | | |
| 3  Icon Bank Checking Account | $10.00 | $10.00 | | $0.00 | FA |
| **Asset Notes:**   negligible | | | | | |
| 4  Claims against Icon, Webster Fin., D. Guggenheim & D. Smith Regarding Potential Foreclosure | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:**   Also sold per Order 8/7/20, Doc # 178 | | | | | |
| 5  Premises Lease with Webster Etc, L.L.C.   (u) | $0.00 | N/A | | $212,000.00 | FA |
| **Asset Notes:**   Also sold per Order 8/7/20, Doc # 178 | | | | | |

**TOTALS (Excluding unknown value)**

|  | $4,000,010.00 | $2,989,728.00 | | $640,000.00 | **Gross Value of Remaining Assets** $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**
completing tax work prior to the TFR
Assets sold/settled; tax work in progress.
Motion to Auction pending
Evaluating case for settlement or auction.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2021 | **Current Projected Date Of Final Report (TFR):** | 12/31/2021 | /s/ EVA ENGELHART |
|---|---|---|---|---|
| | | | | EVA ENGELHART |

Page No: 1      Exhibit 9

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** 17-32793-H1-7 | **Trustee Name:** | Eva Engelhart |
| **Case Name:** WEBSTER RESTAURANTS, LTD. | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** **-***2096 | **Checking Acct #:** | ******2793 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 5/1/2017 | **Blanket bond (per case limit):** | $77,534,000.00 |
| **For Period Ending:** 8/3/2021 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/16/2019 | (5) | Webster Etc, L.L.C. | Rent payment | 1222-000 | $26,500.00 | | $26,500.00 |
| 01/10/2020 | (5) | Webster Etc, L.L.C. | Rent payment | 1222-000 | $26,500.00 | | $53,000.00 |
| 02/14/2020 | (5) | Webster Etc, L.L.C. | Rent Payment | 1222-000 | $26,500.00 | | $79,500.00 |
| 03/13/2020 | (5) | Webster Etc, L.L.C. | Rent Payment | 1222-000 | $26,500.00 | | $106,000.00 |
| 04/15/2020 | 3001 | Hope Kobayashi Trust | Order Entered 4/6/20, Doc # 162 | 2410-000 | | $45,784.00 | $60,216.00 |
| 04/22/2020 | (5) | Webster Etc, L.L.C. | Rent Payment | 1222-000 | $26,500.00 | | $86,716.00 |
| 05/05/2020 | (5) | Webster Etc, L.L.C. | Rent Payment | 1222-000 | $26,500.00 | | $113,216.00 |
| 06/04/2020 | (5) | Webster Etc, L.L.C. | Rent Payment | 1222-000 | $26,500.00 | | $139,716.00 |
| 07/07/2020 | 3002 | Hope Kobayashi Trust | Order Entered 4/6/20, Doc # 162 | 2410-000 | | $45,784.00 | $93,932.00 |
| 07/08/2020 | (5) | Webster Etc, L.L.C. | Rent Payment | 1222-000 | $26,500.00 | | $120,432.00 |
| 08/24/2020 | | David M Smith & Associates Iolta | Order Entered 8/7/20, Doc # 178  Also includes assets 2,4 and 5. | * | $396,000.00 | | $516,432.00 |
| | {1} | | Gross sale proceeds  $428,000.00 | 1110-000 | | | $516,432.00 |
| | | | Credit to buyer for tax consideration per Order Entered 08-07-20, Doc #178  $(32,000.00) | 2820-000 | | | $516,432.00 |
| 08/26/2020 | 3003 | Harris County Taxing Authority | Order Entered 8/7/20, Doc # 178 | 4700-000 | | $137,891.64 | $378,540.36 |
| 08/26/2020 | 3004 | Clear Creek ISD | Order Entered 8/7/20, Doc # 178 | 4700-000 | | $169,867.92 | $208,672.44 |
| 08/26/2020 | 3005 | Royal American Services, Inc. | Order Entered 8/7/20, Doc # 178 | 4120-000 | | $24,500.00 | $184,172.44 |
| 08/26/2020 | 3006 | Mustang Security & Inv., Inc. | Order Entered 8/7/20, Doc # 178 | 4120-000 | | $26,736.00 | $157,436.44 |
| 08/26/2020 | 3007 | Hope Kobayashi Trust | Order Entered 8/7/20, Doc # 178 | 2410-000 | | $33,819.00 | $123,617.44 |
| 08/27/2020 | 3006 | STOP PAYMENT: Mustang Security & Inv., Inc. | Reissued. Order Entered 8/7/20, Doc # 178 | 4120-004 | | ($26,736.00) | $150,353.44 |
| 08/28/2020 | 3008 | Mustang Security & Inv., Inc. | Order Entered 8/7/20, Doc # 178 | 4120-000 | | $26,736.00 | $123,617.44 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $319.99 | $123,297.45 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $353.48 | $122,943.97 |
| 10/05/2020 | 3009 | International Sureties, Ltd. | Bond Premium: 10/1/20-10/1/21  Bond # 016071777 | 2300-000 | | $67.00 | $122,876.97 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $189.97 | $122,687.00 |
| | | | **SUBTOTALS** | | **$608,000.00** | **$485,313.00** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-32793-H1-7 | | | Trustee Name: | Eva Engelhart |
| --- | --- | --- | --- | --- | --- |
| Case Name: | WEBSTER RESTAURANTS, LTD. | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2096 | | | Checking Acct #: | ******2793 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 5/1/2017 | | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 8/3/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/16/2020 | 3010 | Ross, Banks, May, Cron & Cavin, PC | Order Entered 11/16/20, Doc # 194<br>Attorney Fees | 3110-000 | | $25,552.50 | $97,134.50 |
| 11/16/2020 | 3011 | Ross, Banks, May, Cron & Cavin, PC | Order Entered 11/16/20, Doc # 194<br>Attorney Expenses | 3120-000 | | $457.38 | $96,677.12 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $161.30 | $96,515.82 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $140.74 | $96,375.08 |
| 01/19/2021 | 3012 | Texas Comptroller | Order Entered 12/10/20, Doc # 197<br>Acct No. 32035448706<br>Report Year 2021 Franchise Tax | 2820-000 | | $5,353.00 | $91,022.08 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $139.42 | $90,882.66 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $132.53 | $90,750.13 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $132.34 | $90,617.79 |
| 04/09/2021 | 3013 | William G. West, C.P.A. | Order Entered 4/7/21, Doc # 212<br>Accountant Fees | 3310-000 | | $21,883.50 | $68,734.29 |
| 04/09/2021 | 3014 | William G. West, C.P.A. | Order Entered 4/7/21, Doc # 212<br>Accountant Expenses | 3320-000 | | $149.45 | $68,584.84 |
| 07/06/2021 | 3015 | Eva Engelhart | Order Entered 7/6/21, Doc # 223<br>Order Entered 7/6/21, Doc # 224<br>Trustee Compensation | 2100-000 | | $35,250.00 | $33,334.84 |
| 07/06/2021 | 3016 | Eva Engelhart | Order Entered 7/6/21, Doc # 223<br>Order Entered 7/6/21, Doc # 224<br>Trustee Expenses | 2200-000 | | $452.89 | $32,881.95 |
| 07/06/2021 | 3017 | Internal Revenue Service | Order Entered 7/6/21, Doc # 223<br>Order Entered 7/6/21, Doc # 224<br>Distribution on Claim #: 2 | 5800-000 | | $1,554.71 | $31,327.24 |
| 07/06/2021 | 3018 | Internal Revenue Service | Order Entered 7/6/21, Doc # 223<br>Order Entered 7/6/21, Doc # 224<br>Distribution on Claim #: 2 | 7100-000 | | $7,942.50 | $23,384.74 |
| | | | **SUBTOTALS** | | $0.00 | $99,302.26 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-32793-H1-7 | Trustee Name: | Eva Engelhart |
|---|---|---|---|
| Case Name: | WEBSTER RESTAURANTS, LTD. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2096 | Checking Acct #: | ******2793 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/1/2017 | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 8/3/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/06/2021 | 3019 | Doyle, Restrepo, Harvin & Robbins, L.L.P. | Order Entered 7/6/21, Doc # 223<br>Order Entered 7/6/21, Doc # 224<br>Distribution on Claim #: 4 | 7100-000 | | $20,784.74 | $2,600.00 |
| 07/06/2021 | 3020 | U.S. Trustee Payment Center | Order Entered 7/6/21, Doc # 223<br>Order Entered 7/6/21, Doc # 224<br>Distribution on Claim #: 12 | 2950-000 | | $2,600.00 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| TOTALS: | $608,000.00 | $608,000.00 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $608,000.00 | $608,000.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $608,000.00 | $608,000.00 | |

| For the period of 5/1/2017 to 8/3/2021 | | For the entire history of the account between 12/16/2019 to 8/3/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $640,000.00 | Total Compensable Receipts: | $640,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $640,000.00 | Total Comp/Non Comp Receipts: | $640,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $640,000.00 | Total Compensable Disbursements: | $640,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $640,000.00 | Total Comp/Non Comp Disbursements: | $640,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |  | |
|---|---|---|---|---|
| **Case No.** | 17-32793-H1-7 | | **Trustee Name:** | Eva Engelhart |
| **Case Name:** | WEBSTER RESTAURANTS, LTD. | | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***2096 | | **Checking Acct #:** | ******2793 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 5/1/2017 | | **Blanket bond (per case limit):** | $77,534,000.00 |
| **For Period Ending:** | 8/3/2021 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $608,000.00 | $608,000.00 | $0.00 |

| **For the period of 5/1/2017 to 8/3/2021** | | **For the entire history of the case between 11/18/2019 to 8/3/2021** | |
|---|---|---|---|
| Total Compensable Receipts: | $640,000.00 | Total Compensable Receipts: | $640,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $640,000.00 | Total Comp/Non Comp Receipts: | $640,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $640,000.00 | Total Compensable Disbursements: | $640,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $640,000.00 | Total Comp/Non Comp Disbursements: | $640,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ EVA ENGELHART

EVA ENGELHART